UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
DOROTHY SNIPE,

                      Plaintiff,

      -against-

BETTER HOMES DEPOT, GLENN JOHN, ERIC
FESSLER, MADISON HOME EQUITIES, NADINE
MALONE, PETER DAVID a/k/a CHARLES PETER
DAVID, ROBERT DOSCH, C.L.A. INC. OF NY,
PARAGON ABSTRACY, USLIFE TITLE
INSURANCE COMPANY OF NEW YORK a/k/a
FIDELITY NATIONAL INSURANCE SERVICES,
INC., AND CHASE MANHATTAN MORTGAGE
CORP.,

                      Defendants.
---------------------------------------------------------------- x

MEMORANDUM AND ORDER

05-CV-1560 (ENV) (VVP)



VITALIANO, D.J.

On June 26, 2006, plaintiff Dorothy Snipe filed a request for entry of the defaults of defendants Glenn John and Peter David a/k/a Charles Peter David pursuant to Fed. R. Civ. P. 55(a). An entry of default was thereafter entered by the Clerk of the Court as to John on August 22, 2006 and as to David on February 16, 2007. No further action has been taken with respect to these defendants.

Plaintiff is hereby ordered either to withdraw her claims or move for a default judgment against defendants John and David on or before April 26, 2008. Failure to do so will result in the action being dismissed as to said parties.

SO ORDERED.

Dated: Brooklyn, New York
       March 26, 2008

                                  s/ENV
                              _____
                             ERIC N. VITALIANO
                             United States District Judge